IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>                Petitioner,<br><br>-against-<br><br>HNA GROUP (INTERNATIONAL) COMPANY LIMITED,<br><br>                Respondent. | Case No.: 1:22-cv-5136-JGK |

## AFFIDAVIT OF HARRISON SITOMER

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

Harrison Sitomer, being duly sworn, deposes and says:

1. I am the Chief Investment Officer of SL Green Realty Corp. ("SLG")[1], which is the indirect parent company of Claimant 245 Park Member LLC ("Petitioner"). I previously served as SLG's Senior Vice President from June 2019 to December 2021, and have worked in the real estate industry for many years prior to that.

2. I respectfully submit this affidavit in support of Petitioner's Motion by Order To Show Cause for (1) a prejudgment attachment of the assets of respondent HNA Group (International) Company Limited ("Respondent"), pursuant to CPLR § 6212, (2) a temporary restraining order prohibiting Respondent from selling or disposing of assets, pursuant to CPLR

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in Petitioner's Memorandum.

§ 6210, in the interim, and (3) advance notice of asset sales or disposition of any assets that Respondent owns directly or indirectly.

3. As Chief Investment Officer, I am involved in SLG's daily and regular business operations and functions, either directly or through other employees who report directly to me. As a result, I have personal knowledge regarding the facts and circumstances set forth herein, and if called as a witness I could and would testify competently thereto.

4. Respondent is a company organized under the laws of Hong Kong, is an affiliate of a large Chinese conglomerate, HNA Group Company Ltd., and has a registered office at Suites 3701-09, 37/F Two International Finance Centre, 8 Finance Street, Central, Hong Kong. A search of New York State Department of State, Division of Corporations records conducted at my request revealed that Respondent is not presently registered to do business in the State of New York.

5. On information and belief, Respondent owns HNA Group North America LLC ("HNA North America").

6. A search, via LexisNexis®, of the Mergerstat M&A Database conducted at my request revealed that HNA North America owned HNA Training Center NY LLC, a/k/a Palisades Training Center NY LLC ("HNA Training Center"), as of September 14, 2021. A true and correct copy of the result of that search is attached hereto as Exhibit 1.

7. According to a search of the websites of the New York Secretary of State and Delaware Secretary of State conducted at my request, HNA Training Center is a Delaware limited liability company that is authorized to do business in New York.

8. According to an affidavit of a representative of HNA Training Center, sworn to on March 24, 2022, filed in New York Supreme Court, Rockland County, a copy of which is

attached as Exhibit 2, HNA Training Center purchased the Palisades Premier Conference Center in Rockland County, New York (the "Conference Center"), located at 334 Rte 9W, Palisades, NY 10964, Rockland County, New York, on February 11, 2016.

9. HNA North America also owns PWM Property Management LLC ("PWM Property"), which in turn owns, through certain U.S. subsidiaries, a commercial office tower at 245 Park Avenue in New York City, and 181 W. Madison Avenue in Chicago, Illinois.

10. According to media reports, in or about September 14, 2021, HNA North America attempted, but failed, to sell the Conference Center to a third party. *See* Exhibit 1.

11. According to media reports, as of May 9, 2022, a third party "reached terms" with Respondent and its affiliates on the purchase of the Conference Center. *See* https://rcbizjournal.com/2022/05/09/hna-town-tapped-development-team-reach-terms-to-sell-palisades/.

12. In or about October 31, 2021, SLG learned that certain of the HNA USA affiliates, including PWM Property Management LLC, had filed petitions for bankruptcy under Chapter 11 of the United States Bankruptcy Code in United States Bankruptcy Court for the District of Delaware. Prior to the filing of those petitions, SLG was not aware that HNA was planning to file for bankruptcy.

13. On information and belief, Respondent owns HNA Innovation Finance Group Co. Ltd. ("HNA Innovation"), which in turn owns a 51% ownership interest in HG Storage International Limited ("HGSI"). According to media reports, HNA Innovation acquired this majority interest in HG Storage through a transaction that was completed in or around 2017. *See* https://www.glencore.com/media-and-insights/news/Initial-completion-of-Glencore-and-HNA-HG-Storage-International-Limited-transaction. Also according to media reports, HGSI is a joint

venture between Respondent and Glencore Plc, which is one of the world's largest globally diversified natural resource companies, and HGSI holds a well-diversified portfolio of oil storage, distribution and retail assets in Europe, the Americas, Middle East and Africa. *See* https://www.agility.com/en/agilitys-subsidiary-tristar-to-acquire-majority-stake-in-hg-storage-international-ltd-in-deal-valued-at-215-million/.

14. According to media reports, as of March 28, 2022, a company with a security interest in Respondent's ultimate 51% interest in HGSI has signed a sale and purchase agreement with a third party. The deal is expected to close in the second quarter of 2022. *See* https://www.agility.com/en/agilitys-subsidiary-tristar-to-acquire-majority-stake-in-hg-storage-international-ltd-in-deal-valued-at-215-million/.

JOHANNA A. GUERRA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GU6378931
Qualified in Queens County
Commission Expires August 06, 2022

Harrison Sitomer
Chief Investment Officer
SL Green Realty Corp.

Sworn to me this 28TH day of June 28TH, 2022

Notary Public

4