# EXHIBIT 1

# HNA Training Center NY LLC; Mergerstat M&A Database

**Target:** HNA Training Center NY LLC
**Buyer:** eKing Technology Co., Ltd.
**Seller:** HNA Technology Group Co., Ltd.

**Last Update:** May 8, 2022
**Announce Date:** September 14, 2021
**Effective Date:** September 14, 2021

**Deal Number:** 4068122

## Transaction Summary

| | |
|---|---|
| Deal Type: | Acquisition / Merger; Divestment; |
| Purpose: | Strategic |
| Deal Description: | eKing Technology Co Ltd agreed to acquire HNA Training Center NY LLC from HNA Technology Group HK Co Ltd, a subsidiary of HNA Technology Group Co Ltd and ultimately owned by Hainan Traffic Administration Holding Co Ltd, for US$48.7 million in cash. In a separate but related transaction, HNA Technology Group HK Co Ltd had agreed to acquire HNA Training Center NY LLC from HNA Group North America LLC. The transaction is conditional to the completion of HNA Technology Group HK Co Ltd's acquisition of the target. Founded in 2015, HNA Training Center NY LLC is located in Albany, New York, United States and operates hotels and motels. |
| Original Offer Price: | $48.708591 |
| Percent Sought: | 100 % |
| Method of Payment: | CASH |
| Cash Payment: | $48.708591 |
| Base Equity Price: | $48.708591 |
| Total Invested Capital: | $48.708591 |
| Enterprise Value of the Deal: | $48.708591 |
| Term Change Code: | Announcement |
| Term Price Increase: | 0 |
| Term Price Decrease: | 0 |

## Target Details

| | |
|---|---|
| Name: | **HNA Training Center** NY LLC |
| Address: | 80 State Street   Albany, NY 12207-2543 |
| Country: | United States |

**DEALS BY PARTICIPANT:**

| | |
|---|---|
| Total Number of Transactions as a Legal Advisor: | 0 |
| Total Number of Transactions as a Financial Advisor: | 0 |
| Total Number of Transactions as an Accountant: | 0 |
| Number of Total Transactions as Buyer: | 0 |
| Number of Total Transactions in the last 12 Months as Buyer: | 0 |
| Number of Total Transactions as Seller: | 2 |
| Number of Total Transactions in the last 12 Months as Seller: | 2 |
| Total Transaction Value for all Transactions as Seller: | 48.708591 |
| Total Transaction Value for all Transactions as Buyer: | 0 |
| Total Transaction Value in the last 12 Months as Seller: | 48.708591 |
| Total Transaction Value in the last 12 Months as Buyer: | 0 |
| Average Transaction Value for all Transactions as Seller: | 48.708591 |
| Average Transaction Value for all Transactions as Buyer: | 0 |
| Average Transaction Value in the last 12 Months as Seller: | 48.708591 |
| Average Transaction Value in the last 12 Months as Buyer: | 0 |
| Maximum Transaction Value for all Transactions as Seller: | 48.708591 |
| Maximum Transaction Value for all Transactions as Buyer: | 0 |
| Maximum Transaction Value in the last 12 Months as Seller: | 48.708591 |
| Maximum Transaction Value in the last 12 Months as Buyer: | 0 |

## Buyer Details

| | |
|---|---|
| Name: | eKing Technology Co., Ltd. |
| Address: | 26/F, Hainan Building 5 Guoxing Avenue Meilan District Haikou, Hainan 570203 |
| Country: | China |
| Telephone Number: | 86.898.6887.5866 |
| Fax Number: | 86.898.6689.0608 |
| Role: | Bidder / Purchaser |
| Deal Currency: | USD |
| Financial Currency: | USD |
| Entity Type: | PUB |
| Primary SIC: | 3861-Photographic Equipment And Supplies |
| Industry: | 1425-Electronics/Appliances |
| Sector: | 1400-Consumer Durables |

**DEALS BY PARTICIPANT:**

| | |
|---|---|
| Total Number of Transactions as a Legal Advisor: | 0 |
| Total Number of Transactions as a Financial Advisor: | 0 |
| Total Number of Transactions as an Accountant: | 0 |
| Number of Total Transactions as Buyer: | 1 |
| Number of Total Transactions in the last 12 Months as Buyer: | 1 |

| | |
|---|---|
| Number of Total Transactions as Seller: | 1 |
| Number of Total Transactions in the last 12 Months as Seller: | 1 |
| Total Transaction Value for all Transactions as Seller: | 0 |
| Total Transaction Value for all Transactions as Buyer: | 48.708591 |
| Total Transaction Value in the last 12 Months as Seller: | 0 |
| Total Transaction Value in the last 12 Months as Buyer: | 48.708591 |
| Average Transaction Value for all Transactions as Seller: | 0 |
| Average Transaction Value for all Transactions as Buyer: | 48.708591 |
| Average Transaction Value in the last 12 Months as Seller: | 0 |
| Average Transaction Value in the last 12 Months as Buyer: | 48.708591 |
| Maximum Transaction Value for all Transactions as Seller: | 0 |
| Maximum Transaction Value for all Transactions as Buyer: | 48.708591 |
| Maximum Transaction Value in the last 12 Months as Seller: | 0 |
| Maximum Transaction Value in the last 12 Months as Buyer: | 48.708591 |

## Seller Details

| | |
|---|---|
| Name: | HNA Technology Group Co., Ltd. |
| Address: | Room 384, Building 3 No. 2388, Xiupu Road Pudong New Area Shanghai 200000 |
| Role: | Seller |
| Deal Currency: | USD |
| Financial Currency: | USD |
| Entity Type: | SUB |
| Primary SIC: | 6799-Investors Not Elsewhere Classified |
| Industry: | 4850-Financial Conglomerates |
| Sector: | 4800-Finance |

**DEALS BY PARTICIPANT:**

| | |
|---|---|
| Total Number of Transactions as a Legal Advisor: | 0 |
| Total Number of Transactions as a Financial Advisor: | 0 |
| Total Number of Transactions as an Accountant: | 0 |
| Number of Total Transactions as Buyer: | 77 |
| Number of Total Transactions in the last 12 Months as Buyer: | 5 |
| Number of Total Transactions as Seller: | 30 |
| Number of Total Transactions in the last 12 Months as Seller: | 2 |
| Total Transaction Value for all Transactions as Seller: | 8,186.771783 |
| Total Transaction Value for all Transactions as Buyer: | 29,977.67484 |
| Total Transaction Value in the last 12 Months as Seller: | 263.708593 |
| Total Transaction Value in the last 12 Months as Buyer: | 0 |
| Average Transaction Value for all Transactions as Seller: | 341.11549 |
| Average Transaction Value for all Transactions as Buyer: | 555.142126 |
| Average Transaction Value in the last 12 Months as Seller: | 131.854296 |
| Average Transaction Value in the last 12 Months as Buyer: | 0 |
| Maximum Transaction Value for all Transactions as Seller: | 2,000 |
| Maximum Transaction Value for all Transactions as Buyer: | 6,496.875 |
| Maximum Transaction Value in the last 12 Months as Seller: | 215.000002 |
| Maximum Transaction Value in the last 12 Months as Buyer: | 0 |

## Classification

**Subject:** HOTELS & MOTELS (89%); CRUISES (72%)

Mergerstat M&A Database
Copyright 2022 FactSet Mergerstat, LLC, All Rights Reserved

**End of Document**