# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-----------------------------------------------------------------X

ORANGE & ROCKLAND UTILITIES, INC.,

                Plaintiff,

      -against-

HNA TRAINING CENTER NY LLC
a/k/a PALISADES TRAINING CENTER NY LLC,

                Defendant.
-----------------------------------------------------------------X

Index No.

AFFIDAVIT OF CONFESSION
OF JUDGMENT
ON BEHALF OF HNA
TRAINING CENTER NY LLC
a/k/a PALISADES TRAINING
CENTER NY LLC

STATE OF NEW YORK   )
                              )ss:
COUNTY OF               )

JOHNSON ZHU, being duly sworn, deposes and says:

1. I am the Owner's Representative for HNA TRAINING CENTER NY LLC a/k/a PALISADES TRAINING CENTER NY LLC ("HNA"), the Defendant in the above-referenced matter and am fully authorized by the Defendant to execute this Affidavit on the Defendant's behalf.

2. On February 11, 2016, HNA purchased the real property known as 334 Route 9W, Palisades, NY 10964 (the "Property"). The February 11, 2016 deed, which transferred the Property into HNA's name, was filed with the Rockland County Clerk's Office on February 17, 2016 (Instrument No. 2016-00004312).

3. As the designated Owner's Representative, on behalf of the Defendant in this action, I confess judgment for the debt justly due to the Plaintiff arising out of the following facts.

4. The Plaintiff is one of the utility companies who has been providing services to the Property owned by HNA since it took title.

5. As of March 11, 2022, the Defendant is indebted to the Plaintiff for services provided but not paid in the amount of $436,708.60. This figure includes $2,000 which Plaintiff has incurred in legal fees in preparing the confession documents.

6. The Plaintiff has the right to terminate services to the Property as a result of non-payment.

7. The Defendant is in the process of selling the Property and would like the utilities to be kept on through the sales process.

8. It is Defendant's intention to satisfy this Judgment and become current of all monies owed to the Plaintiff, in full, at the time of the sale of the Property which is expected in the next six (6) months.

9. This Affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge, including, without limitation, the terms and provisions of the Settlement Agreement.

HNA TRAINING CENTER NY LLC
a/k/a PALISADES TRAINING CENTER NY LLC

By: _Johnson Zhu_
Johnson Zhu,
Owner's Representative

STATE OF ~~NEW YORK~~ New Jersey )
)ss.:
COUNTY OF Hudson )

On the 24th day of March, 2022, before, the undersigned notary public, personally appeared Johnson Zhu personally known to me or proven to me on the basis of satisfactory evidence to be the Owner's Representative of HNA TRAINING CENTER NY LLC a/k/a PALISADES TRAINING CENTER NY LLC the entity described in and which executed the foregoing instrument; that it was so executed by order of the Members of said Limited Liability Company; and that he signed his name thereto by like order.

Notary Public



CHRISTIAN D. PIMENTEL
NOTARY PUBLIC OF NEW JERSEY
COMMISSION # 50168807
MY COMMISSION EXPIRES 8/24/2026

3/24/2022