UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>         Petitioner**,**<br><br>   v.<br><br>HNA GROUP (INTERNATIONAL)<br>COMPANY LIMITED,<br><br>         Respondent. | Case No.: 1:22-cv-05136-JGK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Paul M. O'Connor of Kasowitz Benson Torres LLP hereby enters an appearance in the above-captioned matter as counsel for Petitioner 245 Park Member LLC.

I certify that I am an attorney admitted to practice in this Court.

Dated: June 28, 2022
   New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: */s/ Paul M. O'Connor*
  Paul M. O'Connor
  1633 Broadway
  New York, New York 10019
  Telephone: (212) 506-1700
  poconnor@kasowitz.com

*Attorney for Petitioner 245 Park Member LLC*