IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>    Petitioner,<br><br>v.<br><br>HNA GROUP (INTERNATIONAL) COMPANY LIMITED,<br><br>    Respondent. | Civ. No. 1:22-cv-05136-JGK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Aaron T. Wolfson of King & Wood Mallesons LLP hereby enters an appearance in the above-captioned matter as counsel for Respondent HNA Group (International) Company Limited.

Dated: New York, New York
   June 29, 2022

                 KING & WOOD MALLESONS LLP

                 By:  */s/ Aaron T. Wolfson*
                    Aaron T. Wolfson
                    500 Fifth Avenue, 50th Floor
                    New York, NY 10110
                    (212) 319-4755
                    aaron.wolfson@us.kwm.com

                 *Counsel for Respondent HNA Group (International) Company Limited*