UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

245 PARK MEMBER LLC,

    Petitioner,

-against-

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

    Respondent.

Case No.: 22-cv-5136-JGK

**ORDER TO SHOW CAUSE IN SUPPORT OF MOTION FOR PREJUDGMENT ATTACHMENT, TEMPORARY RESTRAINING ORDER, AND ADVANCE NOTICE OF ASSET SALES**

    Based upon (i) the Affidavit of Harrison Sitomer, sworn to as of June 28, 2022, and the exhibits attached thereto; (ii) the declaration of Mark P. Ressler, dated June 28, 2022, and the exhibits attached thereto; (iii) Petitioner's Memorandum of Law in Support of Petitioner's Motion by Order to Show Cause for Prejudgment Attachment, Temporary Restraining Order and Advance Notice of Asset Sales, dated June 28, 2022; (iv) the Verified Petition to Confirm Arbitration Award, Memorandum of Law in Support of Petition to Confirm Arbitration Award, and exhibits attached to those submissions, made pursuant to Article 75 of the New York Civil Practice Law & Rules; and (v) all other pleadings and proceedings had herein; it is

    **ORDERED**, that respondent HNA Group (International) Company Limited ("HNA") shall SHOW CAUSE before this Court, at Room 14A, United States Courthouse, 500 Pearl Street, New York, New York, on the 13 day of July, 2022, at 4:00 a.m./p.m. of that day or as soon thereafter as counsel can be heard, why an order should not be issued and entered herein:

    (1)    Attaching all property of HNA, including the proceeds of any sale of the Palisades Premier Conference Center, located in Rockland County, New York (the "Conference Center"), to secure and satisfy the final arbitration award of

$185,412,763.60 rendered in favor of 245 Park Member LLC ("245 Park") and against HNA; and

(2) requiring HNA to provide 14 days advance notice to 245 Park of any sale of any property owned by HNA directly or indirectly;

and it is further

**ORDERED**, that pending the hearing of this motion, HNA ~~and all garnishees~~ shall not sell, transfer, convey, gift, pledge, assign, dispose of, or otherwise encumber any assets, or interests in any assets, tangible or intangible, that HNA owns, including without limitation any interest in the proceeds from any sale of the Conference Center, up to the amount of *[in the aggregate amount of $1 million]* $185,412,763.60; and it is further *ordered that HNA provide 14 days advance notice to 245 Park of any sale of any property owned by HNA directly or indirectly with an aggregate value of $1 million*

**ORDERED**, that that this temporary restraining order shall be effective upon filing and continue in effect provided that 245 Park posts security in the amount of $*25,000* with the Clerk of the Court on or before *July 1*, 2022; and it is further

**ORDERED**, that service of a copy of this Order to Show Cause, together with all of the supporting papers upon which it is based, shall be served on HNA through the Court's electronic case filing system ("ECF") on or before the *30* day of June, 2022, and it is further

**ORDERED**, that answering papers, if any, shall be served upon Petitioner through ECF on or before the *7* day of *July*, 2022; and it is further

**ORDERED**, that Petitioner's reply in further support of its motion, if any, shall be served upon HNA through ECF on or before the *15th* day of *July*, 2022.

ENTERED:

*6/29/22*
*4:39 P.M.*

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT COURT JUDGE

*The response to the petition to confirm the Arbitration Award is due July 8, 2022; the reply is due July 15, 2022. This Order does not purport to effect the Order of any other Court, including any Bankruptcy Court.*
*/s/ JGKoeltl/USDJ 6/29/22*