UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>     Petitioner,<br><br>-against-<br><br>HNA GROUP (INTERNATIONAL) COMPANY LIMITED,<br><br>     Respondent. | Case No.: 1:22-cv-5136-JGK<br><br>[~~PROPOSED~~] **ORDER** |

Petitioner 245 Park Member LLC ("Petitioner"), having made an application requiring, among other things, advance notice by respondent HNA Group (International) Company Limited ("Respondent") to Petitioner of the sale or disposition of any assets that Respondent owns directly or indirectly, and having submitted (i) the Affidavit of Harrison Sitomer, sworn to as of June 28, 2022, and the exhibits attached thereto; (ii) the declaration of Mark P. Ressler, dated June 28, 2022, and the exhibit attached thereto; (iii) Petitioner's Memorandum of Law in Support of Motion by Order to Show Cause for (1) Prejudgment Attachment, (2) Temporary Restraining Order, and (3) Advance Notice Of Asset Sales of Respondent HNA Group (International) Company Limited, dated June 28, 2022; (iv) the Verified Petition to Confirm Arbitration Award, Memorandum of Law in Support of Petition to Confirm Arbitration Award, and exhibits attached to those submissions, made pursuant to Article 75 of the CPLR, and based upon these submissions, and all other filings and proceedings had herein, it is

**ORDERED**, that Petitioner's application for advance notice by Respondent to Petitioner of the sale or disposition of any assets _in which Respondent has a direct or indirect interest_ ~~that Respondent owns directly or indirectly~~ is **GRANTED**. Respondent shall provide Petitioner 14 days advance notice of the sale of any assets _in excess of $1 million_ ~~the Respondent owns directly or indirectly~~—including any sale of Palisades Premier _in which the Respondent has a direct or indirect interest_

Conference Center in Rockland County, New York, located at 334 Rte. 9W, Palisades, NY 10964, Rockland County, New York—by informing Petitioner of (i) the date of the sale, (ii) the parties to the sale, and (iii) the terms of the sale.

                                  ENTERED:

                                  */s/ John G. Koeltl*

                                HONORABLE JOHN G. KOELTL
                                UNITED STATES DISTRICT COURT JUDGE

July 25, 2022