**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
245 PARK MEMBER LLC,

                    Petitioner,

    -against-                                    22 **CIVIL** 5136 (JGK)

                                                              **JUDGMENT**

HNA GROUP (INTERNATIONAL) COMPANY
LIMITED,

                    Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated July 25, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The petitioner's petition to confirm the Award is granted and the respondent's motion to vacate the Award is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       July 27, 2022

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                      **BY:**     *K. Mango*
                                                           **Deputy Clerk**