UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

245 PARK MEMBER LLC,

                Plaintiff,

                -against-

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Defendant.

-----------------------------------------------------------x

22-cv-5136 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 75 and ECF 76. Counsel for Defendant is directed to file, under seal, an affidavit of no more than 2 pages explaining why counsel for Defendant requests that the Court grant its Motion to Withdraw **before** the January 5, 2023, Status Conference. See ECF 73. If this Court does not rule on the Motion to Withdraw prior to the Status Conference on January 5, 2023, counsel for Defendant is expected to appear at said Status Conference.

**SO ORDERED.**

Dated: November 29, 2022
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge