UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>                Petitioner and<br>                Judgment Creditor,<br><br>   -against-<br><br>HNA GROUP (INTERNATIONAL) COMPANY LIMITED,<br><br>                Respondent and<br>                Judgment Debtor. | Case No.: 22-cv-5136-JGK<br><br>**ORDER TO SHOW CAUSE IN SUPPORT OF MOTION BY ORDER TO SHOW CAUSE TO LIFT THE STAY AND ORDER A TURNOVER PURSUANT TO CPLR 5225(A)** |

Based upon (i) the Declaration of Mark P. Ressler, dated as of December 8, 2022, and the exhibits attached thereto; (ii) the Memorandum of Law in Support of Petitioner's Motion by Order to Show Cause to Lift the Stay and Order a Turnover Pursuant to CPLR § 5225(a), dated December 8, 2022; and (iii) all other pleadings and proceedings had herein, it is hereby

**ORDERED**, that Respondent and Judgment Debtor HNA Group (International) Company Limited ("Respondent") shall SHOW CAUSE before this Court, in Room _____ at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on the ___ day of December 2022, at _____ a.m./p.m. of that day or as soon thereafter as counsel can be heard, why an order should not be issued and entered herein that:

(1) Lifts the stay currently in place in this matter, for the limited purpose of granting the relief requested in paragraph (2) below; and

(2) Directs, pursuant to Rule 69 of the Federal Rules of Civil Procedure ("FRCP") and Rules 5225(a) and 5240 of the New York Civil Practice Law & Rules ("CPLR"), that Respondent, as judgment debtor, turn over to Petitioner 245 Park Member LLC ("Petitioner"), as judgment creditor, Respondent's ownership interest in HNA North America, LLC ("HNA North America"), in partial satisfaction of a judgment entered by this Court in July 2022, in the amount of $185,412,763.60 (the "Judgment), that Respondent owes to Petitioner, and directs

Respondent to execute all documents, make all filings, and provide all approvals and authorizations necessary to effectuate the (a) transfer of Respondent's ownership interest in HNA North America to Petitioner, and (b) cancellation of Respondent's ownership interest in HNA North America in favor of Petitioner;

and it is further

**ORDERED**, that service of a copy of this Order to Show Cause, together with all of the supporting papers upon which it is based, shall be served on Respondent through the Court's electronic case filing system ("ECF") on or before the ___ day of December 2022; and it is further

**ORDERED**, that answering papers, if any, shall be served upon Petitioner through ECF on or before the ___ day of December 2022; and it is further

**ORDERED**, that Petitioner's reply in further support of its motion, if any, shall be served upon Respondent through ECF on or before the ___ day of December 2022.

ENTERED:

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE