**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
245 PARK MEMBER LLC,

                Plaintiff,

                -against-

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Defendant.
------------------------------------------------------------x

22-cv-5136 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defense counsel's affidavit, Plaintiff's Proposed Order to Show Cause (ECF 80, 81, 82), and Defense counsel's letter (ECF 83). The Court has already scheduled an in-person conference on January 5, 2023, to address these issues, as well as Defense counsel's pending motion to withdraw. (*See* ECF 50, 73, 74, 75, 76). In light of Defense counsel's pending motion to withdraw, the Court hereby directs Defendant to appear with an authorized corporate representative. Defendant is directed to inform the Court of the name of the authorized representative by **January 2, 2023**.

**Defendant is warned that failure to comply may result in sanctions under Fed. R. Civ. P. 16, 28 U.S.C. § 1927, and the Court's inherent authority; a recommendation of default judgment under Fed. R. Civ. P. 55; or a recommendation to hold Defendant in contempt under 18 U.S.C. § 401 and 28 U.S.C. § 636(e), with appropriate sanctions.** *See, e.g.*, *Peker v. Fader*, 965 F. Supp. 454, 458 (S.D.N.Y. 1997).

**SO ORDERED.**

Dated: December 12, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge