UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

245 PARK MEMBER LLC,                         Case No.: 22-cv-5136 (JGK) (OTW)

            Plaintiff,

     -against-                                   **NOTICE OF APPEARANCE**

HNA GROUP (INTERNATIONAL) COMPANY
LIMITED,

            Defendant.
-------------------------------------------------------------X

To: the Clerk of Court and All Parties of Record

    I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned case as counsel for Defendant HNA GROUP (INTERNATIONAL) COMPANY LIMITED. Please add my email address (jcao@kktlawfirm.com) to the list of recipients of email notification. Thank you.

Dated: Queens, New York
       January 2, 2023

                              **KEVIN KERVENG TUNG, P.C.**
                              *Attorneys for Defendant*

                              _____
                              By: Jiajie Cao, Esq. (JC-2305)
                              Queens Crossing Business Center
                              136-20 38th Avenue, Suite 3D
                              Flushing, NY 11354
                              (718) 939-4633
                              jcao@kktlawfirm.com