UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
245 PARK MEMBER LLC,

                Plaintiff,

                -against-

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Defendant.
-----------------------------------------------------------x

22-cv-5136 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Mr. Eric Lai is permitted to attend the January 5, 2023, Status Conference virtually. (*See* ECF 84, 88). The number for Mr. Lai to dial-in from will be sent by email to counsel Jiajie Cao and Shengming Shi, who are also advised to submit proposed Electronic Device Orders to the Court for the upcoming Status Conference. Counsel should reference my Individual Practices Part I(g) on how to submit Electronic Device Orders.

**SO ORDERED.**

Dated: January 3, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge