**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

245 PARK MEMBER LLC,

               Plaintiff,

               -against-

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

               Defendant.

------------------------------------------------------------x

22-cv-5136 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference on January 5, 2023. As discussed at the conference, it is hereby **ORDERED**:

1) King & Wood Mallesons LLP ("KWM")'s Motion to Seal (ECF 50) is **GRANTED**. KWM is to redact attorney-client privileged information from its Memorandum of Law and the Wolfson Declaration and publicly file redacted copies in this action by ECF;

2) KWM's Motion to Withdraw (ECF 53) is **GRANTED**;

3) Plaintiff's Motion (ECF 80) is **GRANTED in part only to the extent** that the stay is hereby lifted;

4) Defendant's opposition to Plaintiff's Motion for Turnover (ECF 80) is due **February 10, 2023**, and Plaintiff's reply is due **February 17, 2023**;

5) Plaintiff's Motion to Compel (ECF 59) is **GRANTED**. Defendant is directed to produce the documents identified in ECF 59 by **January 21, 2023**;

6) Plaintiff shall provide new counsel for Defendant a copy of Eric Lai's deposition transcript by **5:00 p.m. on January 6, 2023.**

The Clerk of Court is respectfully directed to close ECF 50 and ECF 59.

**SO ORDERED.**

Dated: January 5, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge