**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
245 PARK MEMBER LLC,

               Plaintiff,

               -against-

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

               Defendant.
------------------------------------------------------------x

22-cv-5136 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

    The Court is in receipt of ECF 96. The parties are directed to file a joint status letter on the **last business Friday of each month, beginning February 24, 2023**. The parties shall include in the joint status letter the status of the asset in ECF 96. Nothing in this order shall be construed to relieve the parties of their obligations under ECF 32.

    **SO ORDERED.**

Dated: February 2, 2023
       New York, New York

                                             *s/ Ona T. Wang*
                                             **Ona T. Wang**
                                         United States Magistrate Judge