```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
245 PARK MEMBER LLC,

              Petitioner,

      - against -

HNA GROUP (INTERNATIONAL) COMPANY LTD.,

              Respondent.

22-cv-5136 (JGK)

ORDER
---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference **today, February 3, 2023, at 1 P.M.** to address the Proposed Order to Show Cause filed by 245 Park Member LLC. ECF No. 99.

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            February 3, 2023

                                    /s/ John G. Koeltl
                                  John G. Koeltl
                        United States District Judge