```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

245 PARK MEMBER LLC,

                Petitioner,

    - against -

HNA GROUP (INTERNATIONAL) COMPANY LTD.,

                Respondent.

22-cv-5136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference this afternoon, Respondent HNA Group (International) Company Limited, non-party Palisades Training Center NY LCC, and any persons acting in concert with them are **enjoined**, until further order from the Court, from (1) signing or otherwise agreeing to a purchase and sale agreement (or similar agreement) for the Palisades Premier Conference Center, located at 334 Rte. 9W, Palisades, NY 10964, Rockland County, New York (the "Conference Center"), and (2) transferring, conveying, gifting, pledging, assigning, or disposing of proceeds from any sale of the Conference Center.

    The Respondent is further directed to provide promptly to the Petitioner any proposed agreements concerning the sale of the Conference Center.

The parties shall provide the Court as soon as practicable with proposed briefing schedules for any other substantive matters to be decided by the Court.

**SO ORDERED.**

**Dated:**   **New York, New York**
          **February 3, 2023**

                                              John G. Koeltl
                                      **United States District Judge**