**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
245 PARK MEMBER LLC,                    :
                                        :
                Plaintiff,              :
                                        :   22-cv-5136 (JGK) (OTW)
        -against-                       :
                                        :   ORDER
HNA GROUP (INTERNATIONAL) COMPANY       :
LIMITED,                                :
                                        :
                Defendant.              :
                                        :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On February 2, 2023, I ordered the parties to file a joint status letter on the last business Friday of each month, and that the parties shall include the status of the asset in ECF 96. (ECF 97). The parties are directed to address their monthly joint status letters to the Honorable John G. Koeltl instead of the undersigned. The order remains otherwise unchanged.

**SO ORDERED.**

Dated: February 27, 2023
      New York, New York

                                              *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                              United States Magistrate Judge