```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

245 PARK MEMBER LLC,

           Petitioner,

   - against -

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

           Respondent.

---

22-cv-5136 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner is directed to submit courtesy copies of all papers filed in connection with the pending fully briefed motion to lift the stay and order a turnover pursuant to C.P.L.R. 5225(A). ECF No. 80.

SO ORDERED.

Dated:   New York, New York
          February 27, 2023

                                      John G. Koeltl
                                  United States District Judge