UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

245 PARK MEMBER LLC,

                Petitioner,

- against -

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Respondent.

22-cv-5136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed during today's telephone conference, the parties are directed to file supplemental briefing of no more than 2 pages by **Monday, April 3, 2023.**

SO ORDERED.

Dated:    New York, New York
            March 30, 2023

                                  John G. Koeltl
                              United States District Judge