UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

245 PARK MEMBER LLC,

                    Petitioner,

          - against -

HNA GROUP (INTERNATIONAL) COMPANY
LIMITED,

                    Respondent.

22-cv-5136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

     The respondent is directed to provide the Court with paper courtesy copies of its supplemental submission and the petitioner's response (ECF Nos. 146, 147).

SO ORDERED.

Dated:     New York, New York
           May 10, 2023

                                        John G. Koeltl
                                  United States District Judge