UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>          Petitioner,<br><br>vs.<br><br>HNA GROUP (INTERNATIONAL) COMPANY LIMITED,<br><br>          Respondent. | Case No. 1:22-cv-5136-JGK |

## NOTICE OF APPEAL

Notice is hereby given that Respondent HNA Group (International) Company Limited ("Respondent") appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order entered on May 19, 2023 (ECF No. 149), which, among other things, granted Petitioner's motion for a turnover pursuant to Federal Rule of Civil Procedure 69 and New York Civil Practice Law and Rules Sections 5225(a) and 5240 (ECF No. 80), and denied Respondent's motion for relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b) (ECF No. 111).

Dated: May 30, 2023

                                                          Respectfully submitted,

KOBRE & KIM LLP

By: /s/ *Jeremy O. Bressman*

    Jeremy O. Bressman
    Geoffrey J. Derrick
    800 Third Avenue
    New York, New York 10022
    Telephone: (212) 488-1210
    Jeremy.Bressman@kobrekim.com
    Geoffrey.Derrick@kobrekim.com

    Jacob R. Kirkham (admitted *pro hac vice*)
    600 North King Street, Suite 501
    Wilmington, Delaware 19801
    Telephone: (302) 518-6460
    Jacob.Kirkham@kobrekim.com


KEVIN KERVENG TUNG, P.C.

By: /s/ *Jiajie Cao*

    Jiajie Cao
    Shengming Shi
    Ge Li
    Queens Crossing Business Center
    136-20 38th Avenue, Suite 3D
    Flushing, NY 11354
    Telephone: (718) 939-4633
    jcao@kktlawfirm.com
    sshi@kktlawfirm.com
    gli@kktlawfirm.com

*Counsel for Respondent HNA Group (International) Company Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/  Jeremy O. Bressman
May 30, 2023