```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

245 PARK MEMBER LLC,

                Petitioner,

    - against -

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Respondent.

22-cv-5136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference tomorrow, **June 6, 2023, at 11:00 a.m.** to discuss the Petitioner's June 5, 2023, letter (ECF No. 153).

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York  
            June 5, 2023

                                            John G. Koeltl  
                                    United States District Judge