```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

245 PARK MEMBER LLC,

                Petitioner,

    - against -

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Respondent.

22-cv-5136 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference today, **by tomorrow, June 7, 2023, at 3 p.m. EDT**, each party is directed to produce to the other party whatever documents are necessary to effectuate the turnover of HNA North America, LLC by Friday, June 9, 2023, pursuant to the Court's May 30, 2023, Memorandum Opinion & Order (ECF No. 152).

    The parties also shall confer in good faith about all other issues that need resolution in order to effectuate the turnover by Friday.

SO ORDERED.

Dated:    New York, New York
          June 6, 2023

                                              John G. Koeltl
                                 United States District Judge