UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

245 PARK MEMBER LLC,

              Petitioner,

      - against –

HNA GROUP (INTERNATIONAL) COMPANY
LTD.,

              Respondent.
─────────────────────────────────────

22-cv-5136 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The petitioner may respond to Kobre & Kim LLP's motion to withdraw, ECF No. 160, by **August 25, 2023.** Kobre & Kim may reply by **August 30, 2023.**

SO ORDERED.

Dated:    New York, New York
          August 15, 2023

        /s/ John G. Koeltl
       ─────────────────────────
          John G. Koeltl
      United States District Judge