UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

245 PARK MEMBER LLC,

              Petitioner,

   - against -

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

              Defendant.
---

22-cv-5136 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held on April 2, 2024, the petitioner is directed to provide a joint letter with a proposed order and cover letter by **April 5, 2024**. Any response to his letter must be filed by **April 10, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 2, 2024

                                                   John G. Koeltl
                                        United States District Judge