IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 245 PARK MEMBER LLC,<br><br>           Petitioner,<br><br>-against-<br><br>HNA GROUP (INTERNATIONAL) COMPANY LIMITED,<br><br>           Respondent. | Case No.: 22-cv-5136-JGK-OTW |

### [PROPOSED] ORDER

WHEREAS, the Court's February 3, 2023 Order (the "February 2023 Order") enjoining Respondent, non-party Palisades Training Center NY LLC, and any persons acting in concert with them, "from (1) signing or otherwise agreeing to a purchase and sale agreement (or similar agreement) for the Palisades Premier Conference Center, located at 334 Rte. 9W, Palisades, NY 10964 (the 'Conference Center')," and "(2) transferring, conveying, gifting, pledging, assigning, or disposing of proceeds from any sale of the Conference Center," remained in effect "until further order from the Court" (D.I. 108);

WHEREAS, the Court issued an order on May 19, 2023 (the "May 2023 Order") granting Petitioner's motion for a turnover (D.I. 149);

WHEREAS, the May 2023 Order was such "further order from the Court," as referenced in the February 2023 Order;

[intentionally left blank]

IT IS HEREBY ORDERED that the February 2023 Order was superseded and vacated as of May 19, 2023.

SO ORDERED this 5TH day of April, 2024.

_____
Hon. John G. Koeltl
United States District Judge